May 29, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

MARLENE OCTAVIA KNIGHT, Appellant

NO. 14-13-00493-CV                    V.

WE CARE KIDS CARE, PLLC AND LISA H. CATNEY, INDIVIDUALLY
AND AS OWNER OF WE CARE KIDS CARE, PLLC, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, We Care Kids Care, PLLC and Lisa H. Catney, Individually and as Owner of We Care Kids Care, PLLC, signed March 7, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Marlene Octavia Knight, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.